UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX
MANUFACTURING, INC.,

      Plaintiffs,

v.                                   Case No:  2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

      Defendant.

_____/

## ORDER[1]

This matter comes before the Court on Joint Motion for Limited Stay of Litigation in Both Cases (Doc. #324) filed on December 27, 2013. The Parties have two matters pending in the Middle District of Florida Fort Myers Division. Initiated in 2010, the first is this instant action regarding the alleged theft of confidential information and trade secrets. Initiated in 2011, the second is an action regarding the alleged unauthorized use of patent technology and is pending before the Honorable John E. Steele (2:11-cv-694-FtM-29UAM). These cases have completely different schedules and deadlines. Nonetheless, the Parties are now exploring a global settlement in this instant action and the pending action before the Honorable John E. Steele. Accordingly, the Parties seek to stay both matters in light of their potential settlement. The Honorable Steele has entered an order

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

in relation to the motion for stay filed in the patent case. This Court will only review the motion in light of the distinct facts and circumstances in this action.

Here, the Parties specifically seek a three-week extension of all deadlines except for the final pretrial conferences and trial dates. The current schedule in this matter is as follows: discovery is due on February 4, 2014; dispositive motions are due on March 12, 2014; the pre-trial statement is due on May 22, 2014; and all other motions are due on May 22, 2014. The final pretrial conference is set for June 6, 2014, and the trial term is set to commence on July 1, 2014. The Court is uninterested in delaying the progress in this matter, does not take wasteful pretrial activities lightly, and is only interested in securing a just, speedy, and inexpensive determination in this action. This matter has been pending for several years now and the Parties must diligently work toward reaching its timely conclusion, either through settlement or trial. This Court understands and supports the notion that the Parties may avoid significant litigation costs if this matter is indeed settled. This is especially true in light of the eight pending depositions. Accordingly, this Court will grant a limited stay to permit the Parties "to turn their undivided attention toward a possible negotiation resolution." This Court, however, forewarns that it is unwilling to alter the trial date in this matter upon any failed settlement attempts. Nonetheless, the Parties may choose to settle at any time in this litigation prior to the conclusion of the trial.

Accordingly, it is now

**ORDERED:**

1. Joint Motion for Limited Stay of Litigation in Both Cases (Doc. #324) is **GRANTED**. This matter is **STAYED** for thirty days only. The stay will

automatically lift without an additional court order on **Thursday, January 30, 2014**. On this date, the Court will also take the pending motion for sanctions and response under advisement.

2.  The schedule and deadlines in this matter are now as follows:

> Discovery is due on **Tuesday, February 25, 2014**.

> Dispositive motions are due on **Wednesday, April 2, 2014**.

> The pre-trial statement is due on **Friday, April 11, 2014**.

> All other motions are due on **Friday, April 11, 2014**.

> The final pretrial conference is on **Friday, June 6, 2014**.

> The trial term will commence on **Tuesday, July 1, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record