UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX MANUFACTURING, INC.,

    Plaintiffs,

v.                                                                          Case No:  2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Arthrex's Motion to Exclude the Expert Testimony of John L. Bojanowski (Doc. #363; Doc. #405) filed on April 2, 2014. Parcus Medical, LLC filed a response (Doc. #411) on April 21, 2014. Parcus concedes to the motion and states it does not intend to introduce testimony or opinions of Bojanowski concerning the "C3" programs in this trade secrets case.

Accordingly, it is now **ORDERED:**

Arthrex's Motion to Exclude the Expert Testimony of John L. Bojanowski (Doc. #363) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.