UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX
MANUFACTURING, INC.,

    Plaintiffs,

v.                                           Case No: 2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

    Defendant.
_____/

### ORDER[1]

Having reviewed the current status of this action and the Court's upcoming calendar, the Final Pretrial Conference is rescheduled to commence on August 1, 2014, at 9:30 am. The Jury Trial is rescheduled to the trial term commencing September 2, 2014. The Clerk is directed to issue a notice rescheduling the proceedings accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of May, 2014.

                                    SHERI POLSTER CHAPPELL
                                    UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.