UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX
MANUFACTURING, INC.,

    Plaintiffs,

v.                                                    Case No: 2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Arthrex's Motion In Limine to Exclude Hearsay Statements of Parcus's Customer or Potential Customers (Doc. 401; Doc. 431) filed on April 18, 2014. Parcus filed a response in opposition on May 5, 2014. (Doc. 459; Doc. 472). The motion and response discuss the potential testimony as it relates to Parcus's counterclaims. Since the filing of this instant motion, the Court granted Arthrex's motion for summary judgment with regard to Parcus's counterclaims. (Doc. 493). Thus, now Parcus's counterclaims are dismissed and this instant motion is moot.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

1. Arthrex's Motion In Limine to Exclude Hearsay Statements of Parcus's Customer or Potential Customers (Doc. 401; Doc. 431) is **DENIED as moot**.
2. The Clerk is directed to mail a copy of this Order to the Parties.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record