UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX
MANUFACTURING, INC.,

    Plaintiffs,

v.                                                  Case No:  2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Parcus's Motion In Limine to Preclude After Acquired Evidence (Doc. 395) filed on April 18, 2014. Arthrex filed a response in opposition on May 5, 2014. (Doc. 460). The motion and response discuss evidence as it relates to Parcus's counterclaims. Since the filing of this instant motion, the Court granted Arthrex's motion for summary judgment with regard to Parcus's counterclaims. (Doc. 493). Thus, now Parcus's counterclaims are dismissed and this instant motion is moot.

Accordingly, it is now

**ORDERED:**

Arthrex's Motion In Limine to Preclude After Acquired Evidence is (Doc. 395) is **DENIED as moot**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record