UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX
MANUFACTURING, INC.,

      Plaintiffs,

v.                                       Case No:  2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

      Defendant.

                                     /

## ORDER[1]

This matter comes before the Court on review of the docket. The Parties filed their Joint Final Pretrial Statement on April 15, 2014. (Doc. 393). This statement includes materials such as, but not limited to, the Parties' exhibit lists, witness lists, proposed jury instructions, and proposed verdict form. Since the filing of the Joint Final Pretrial Statement, the Court has issued several orders determining the Parties' motions for summary judgment, motions in limine, and more. To date, there are two outstanding motions: a motion to exclude, including its sealed counterpart, and a motion to file reply and sur-reply to the underlying motion to exclude. (Doc. 359; Doc. 388; Doc. 430). Despite this pending issue, the Court finds an amended Joint Final Pretrial Statement will streamline the remaining issues. Therefore, in light of the Court's decisions after the filing

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

of the original Joint Final Pretrial Statement, the Parties are directed to file an amended Joint Final Pretrial Statement in accordance with the Case Management and Scheduling Order. (See Doc. 312). This amendment must not be used as a tool to create new issues before the Court, but instead this amendment must eliminate all issues that have been resolved by the Court. The Parties do not have to meet in person to prepare an amended Joint Final Pretrial Statement.

Accordingly, it is now

**ORDERED:**

The Parties are directed to file an amended Joint Final Pretrial Statement in light of the Court's decisions no later than **July 21, 2014**. The Clerk is directed to amend the schedule and deadlines in CM/ECF accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record