UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC. and ARTHREX
MANUFACTURING, INC.,

    Plaintiffs,

v.                      Case No: 2:10-cv-151-FtM-38DNF

PARCUS MEDICAL, LLC,

    Defendant.
_____/

## ORDER

In light of this Court's criminal trial schedule for the month of September and the age of the instant civil case, this case will be tried in the Fort Myers Division by United States District Judge Marc T. Treadwell. More information will be provided at the Friday, August 1, 2014, Final Pretrial Conference held before the undersigned. In light of this unique circumstance, the Parties are permitted to appear at the Final Pretrial Conference telephonically if they so choose. The Parties are directed to promptly connect with the undersigned's Courtroom Deputy, Leslie Friedmann, at (239) 461-2068 for instructions on the procedure to follow to appear telephonically.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of July, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record